IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

SANDRA ADKINS,

                Plaintiff,

v.                                            CIVIL ACTION NO.  2:12-cv-03035

TISSUE SCIENCE LABORATORIES, LTD.,

                Defendant.

**MEMORANDUM OPINION AND ORDER**

On May 6, 2020, I entered an order directing plaintiff to show cause on or before May 20, 2020, why her case should not be dismissed without prejudice as to the remaining defendant, Tissue Science Laboratories, Ltd., pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiff has not shown cause. The court **ORDERS** that plaintiff's case must be dismissed without prejudice pursuant to Rule 4(m) for failure to serve the remaining defendant within 90 days after the complaint was filed.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: June 3, 2020

*[signature: Joseph R. Goodwin]*

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE